| | |
|---|---|
| 1 | GARY R. BASHAM (SBN 130119) |
| 2 | AARON R. JACKSON (SBN 233816)<br>BASHAM LAW GROUP |
| 3 | 1545 River Park Drive, Suite 205<br>Sacramento, California 95815 |
| 4 | Telephone: (916) 993-4840<br>Facsimile: (916) 993-4849 |
| 5 | Attorneys for Defendants |
| 6 | DANFORD PERUSINA;<br>ARLENE M. PERUSINA; and |
| 7 | PRESTIGE FOODS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | Case No. 5:13-CV-01468 LHK HRL |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS; AND (PROPOSED) ORDER** |
| v. | |
| DANFORD PERUSINA, Trustee of The Danford and Arlene Perusina Family Trust, Dtd. April 3, 1992; ARLENE M. PERUSINA, Trustee of The Danford and Arlene Perusina Family Trust, Dtd. April 3, 1992; PRESTIGE FOODS, INC., a California Corporation, dba TONY ROMA'S; | Complaint Filed: April 2, 2013<br>Trial Date: None. |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Please take notice that Defendant DANFORD P. PERUSINA, TRUSTEE OF THE DANFORD AND ARLENE PERUSINA FAMILY TRUST, DTD. April 3, 1992; and Defendant ARLENE M. PERUSINA, TRUSTEE OF THE  DANFORD AND ARLENE PERUSINA FAMILY TRUST, DTD. April 3, 1992 (hereinafter collectively referred to as "Defendants") hereby make the following substitution of attorneys in this matter:

Defendants will now be represented by the following attorney:

Gary Basham (SBN 130119)
Basham Law Group,
1545 River Park Dr., Ste 205,
Sacramento, California 95815
Telephone: (916) 993-4840
Facsimile: (916) 993-4849

1
SUBSTITUION OF ATTORNEYS
Case No. 5:13-CV-01468 LHK HRL

1  **PARTIES:**
2  I consent to the above substitution:
3  Date:
4  _____
5  DANFORD P. PERUSINA, TRUSTEE OF THE DANFORD AND ARLENE PERUSINA FAMILY TRUST, DTD. April 3, 1992
6
7  I consent to the above substitution:
8  Date:
9  _____
10 ARLENE M. PERUSINA, TRUSTEE OF THE DANFORD AND ARLENE PERUSINA FAMILY TRUST, DTD. April 3, 1992
11 **FORMER ATTORNEY:**
   I consent to being substituted:
12 Date: 7/3/13
13 _____
14 BRETT T. MORONEY
   GORDON & REES
15 **NEW ATTORNEY:**
16 I consent to the above substitution:
17 Date:
18 _____
   GARY R. BASHAM
   BASHAM LAW GROUP
19
20
21                **ORDER**
22 The substitution of attorney is hereby approved and so ORDERED.
23
24 Date: July 26, 2013       _Lucy H. Koh_
25                              JUDGE
26
27
28

                      2
           SUBSTITUION OF ATTORNEYS
           Case No. 5:13-CV-01468 LHK HRL