GARY R. BASHAM (SBN 130119)
AARON R. JACKSON (SBN 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone: (916) 993-4840
Facsimile: (916) 993-4849

Attorneys for Defendants
DANFORD PERUSINA;
ARLENE M. PERUSINA; and
PRESTIGE FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>    Plaintiff,<br><br>v.<br><br>DANFORD PERUSINA, Trustee of The Danford and Arlene Perusina Family Trust, Dtd. April 3, 1992; ARLENE M. PERUSINA, Trustee of The Danford and Arlene Perusina Family Trust, Dtd. April 3, 1992; PRESTIGE FOODS, INC., a California Corporation, dba TONY ROMA'S;<br><br>    Defendants. | Case No. 5:13-CV-01468 LHK HRL<br><br>**SUBSTITUTION OF ATTORNEYS; AND (PROPOSED) ORDER**<br><br>Complaint Filed: April 2, 2013<br>Trial Date: None. |

TO THE COURT AND ALL PARTIES:

Please take notice that Defendant DANFORD P. PERUSINA, TRUSTEE OF THE DANFORD AND ARLENE PERUSINA FAMILY TRUST, DTD. April 3, 1992; and Defendant ARLENE M. PERUSINA, TRUSTEE OF THE DANFORD AND ARLENE PERUSINA FAMILY TRUST, DTD. April 3, 1992 (hereinafter collectively referred to as "Defendants") hereby make the following substitution of attorneys in this matter:

Defendants will now be represented by the following attorney:

Gary Basham (SBN 130119)
Basham Law Group,
1545 River Park Dr., Ste 205,
Sacramento, California 95815
Telephone: (916) 993-4840
Facsimile: (916) 993-4849

**PARTIES:**

I consent to the above substitution:

Date:

_____
DANFORD P. PERUSINA, TRUSTEE OF THE DANFORD AND ARLENE PERUSINA FAMILY TRUST, DTD. April 3, 1992

I consent to the above substitution:

Date:

_____
ARLENE M. PERUSINA, TRUSTEE OF THE DANFORD AND ARLENE PERUSINA FAMILY TRUST, DTD. April 3, 1992

**FORMER ATTORNEY:**

I consent to being substituted:

Date: 7/3/13

_____
BRETT T. MORONEY
GORDON & REES

**NEW ATTORNEY:**

I consent to the above substitution:

Date:

_____
GARY R. BASHAM
BASHAM LAW GROUP

## ORDER

The substitution of attorney is hereby approved and so ORDERED.

Date: July 26, 2013

_____
Lucy H. Koh
JUDGE

2
SUBSTITUION OF ATTORNEYS
Case No. 5:13-CV-01468 LHK HRL