UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

ROBERT KALANI,
    Plaintiff,

  v.

PERUSINA, et al.,
    Defendants.

No. C 13-1468 LHK

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     October 14, 2013
Mediator:  Michael Sobel

    IT IS HEREBY ORDERED that the request to excuse defendant Prestige Foods, Inc.'s insurance carrier representative from appearing in person at the October 14, 2013 mediation before Michael Sobel is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 9, 2013        By: _____
Dated                                    Maria-Elena James
                                               United States Magistrate Judge