UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERT KALANI, | ) | Case No.: 13-CV-01468-LHK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING TIME |
| | ) | |
| v. | ) | |
| | ) | |
| DANFORD P. PERUSINA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff's request for time until December 23, 2013, ECF No. 22, is granted.

**IT IS SO ORDERED.**

Dated: November 10, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00630-LHK
ORDER GRANTING TIME