**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERT KALANI, | ) | Case No.: 13-CV-01468-LHK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATION OF DISMISSAL |
| v. | ) | |
| DANFORD P. PERUSINA, et al., | ) | |
| Defendants. | ) | |

The parties' stipulation for dismissal, ECF No. 24, is granted. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: December 13, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00630-LHK
ORDER GRANTING STIPULATION