**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KALANI, | Case No.: 13-CV-01468-LHK |
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL |
| v. | |
| DANFORD P. PERUSINA, et al., | |
| Defendants. | |

The parties' stipulation for dismissal, ECF No. 24, is granted. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: December 13, 2013

_____
LUCY H. KOH
United States District Judge